**Opinion issued November 6, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00832-CV

———————————

## IN RE BERNADETTE PRESLEY, Relator

———————————

### Original Proceeding on Petition for Writ of Mandamus

———————————

### MEMORANDUM OPINION

Relator, Bernadette Presley, has filed a petition for writ of mandamus, challenging the trial court's order denying her motion to exclude evidence from trial.[1]

We **deny** the petition for writ of mandamus. All pending motions are denied as moot.

---

[1] The underlying case is *Bernadette Presley v. Rudy Chevalier*, cause number 2012-59031, pending in the 189th District Court of Harris County, Texas, the Honorable John Woolridge presiding.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Massengale and Brown.